IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST WRIGHT,<br><br>    Plaintiff,<br><br>  v.<br><br>JOHN CHIANG, STATE CONTROLLER, JEFFREY V. BROWNFIELD, CHIEF DIVISION OF AUDITS, MATTHEW MIRANDA, FIELD AUDITOR, AND DOES 1–XX,<br><br>    Defendants.<br>                                                            / | No. C 08-03134 WHA<br><br>**ORDER RE APPLICATION TO PROCEED IN FORMA PAUPERIS** |

In June 2008, plaintiff Ernest Wright, acting *pro se*, filed a discrimination and civil rights complaint alleging that his former employer unlawfully fired or refused to rehire him. He also filed an application to proceed *in forma pauperis*. The application, however, fails to provide all necessary information. The motion indicates that Mr. Wright is presently unemployed but that, for all or part of the past twelve months, he has received money from self employment as a "supplier." He provides no further details. In particular, he fails to describe the amount of money he receives from his self employment, as the application requests.

1  The motion is therefore **DENIED** without prejudice. Mr. Wright may re-file a full and
2  complete application to proceed *in forma pauperis*.

4  **IT IS SO ORDERED.**

6  Dated: October 16, 2008

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE