United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST WRIGHT,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JOHN CHIANG, STATE CONTROLLER, JEFFREY V. BROWNFIELD, CHIEF DIVISION OF AUDITS, MATTHEW MIRANDA, FIELD AUDITOR, AND DOES 1–XX,<br><br>　　　　Defendants.　　　　　　　　　／ | No. C 08-03134 WHA<br><br>**ORDER VACATING HEARING ON MOTION TO DISMISS** |

　　　　Plaintiff, acting *pro se*, filed a complaint for civil rights and employment-law violations on June 30, 2008. On October 6, 2008, defendants filed a motion to dismiss and for a more definite statement. Defendants noticed a hearing on the motion for November 13, 2008. Because plaintiff had not responded to the motion, on October 28 the Court filed an order requesting that plaintiff respond. Plaintiff, however, has now filed an amended complaint, as plaintiff was entitled to do once as a matter of course. FRCP 15(a).

Plaintiff need not further respond to defendant's October 6 motion to dismiss, as that motion is now moot. The hearing on defendant's motion, currently scheduled for November 13, 2008, is **VACATED**. If they so choose, defendants may re-notice their motion to dismiss with any changes they deem necessary to take into account plaintiff's amended pleading.

**IT IS SO ORDERED.**

Dated: October 29, 2008

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE