IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST WRIGHT,<br><br>    Plaintiff,<br><br>  v.<br><br>JOHN CHIANG, STATE CONTROLLER, JEFFREY V. BROWNFIELD, CHIEF DIVISION OF AUDITS, MATTHEW MIRANDA, FIELD AUDITOR, AND DOES 1–XX,<br><br>    Defendants.<br>                                                      / | No. C 08-03134 WHA<br><br>**ORDER RE DEFENDANTS' MOTION TO CONTINUE MEDIATION DEADLINE** |

In this *pro se* action for civil rights and employment-law violations, defendants have moved to continue the mediation deadline, which is currently January 18, 2009, to the date sixty days after the date of the Court's ruling on defendants' pending motion to dismiss, which is scheduled to be heard January 22, 2009. The mediation deadline is hereby **CONTINUED** to the date **FOURTEEN** days after the date of service of the Court's ruling on the pending motion to dismiss.

Dated: January 6, 2009

                                                        WILLIAM ALSUP
                                                        UNITED STATES DISTRICT JUDGE