IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ERNEST WRIGHT,

    Plaintiff,

  v.

JOHN CHIANG, STATE CONTROLLER, JEFFREY V. BROWNFIELD, CHIEF DIVISION OF AUDITS, MATTHEW MIRANDA, FIELD AUDITOR, AND DOES 1–XX,

    Defendants.

No. C 08-03134 WHA

**ORDER GRANTING MOTION TO DISMISS AS UNOPPOSED**

Plaintiff, acting *pro se*, filed this action claiming civil rights violations related to defendants' alleged failure to re-appoint him as a probate referee. Defendants moved to dismiss the first amended complaint, and a hearing on the motion was noticed for January 15, 2009. Plaintiff, however, failed to file an opposition to the motion pursuant to Civil Local Rule 7-3. An order dated January 6, 2009, warned plaintiff that his opposition brief was past due and set a new deadline by which plaintiff was permitted to file the opposition brief: January 9, 2009 (Dkt. No. 24).[1] The order also warned plaintiff that if he failed to respond, defendants' motion may be granted as unopposed.

---

[1] The order erroneously listed the deadline as January 9, 2008.

To date, plaintiff has yet to file an opposition brief or to request leave to file a late brief; he has not responded to defendants' motion or the Court's order in any way.  Plaintiff has failed to prosecute his case.  Defendants' motion to dismiss is therefore **GRANTED** as unopposed.  The hearing scheduled for January 22, 2009, is hereby **VACATED**.

**JUDGMENT** will be entered in defendants' favor unless plaintiff responds within **TEN CALENDAR DAYS** from the date of entry of this order and shows cause why judgment should not be entered.

**IT IS SO ORDERED.**

Dated:  January 13, 2009

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2