IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ERNEST WRIGHT,

    Plaintiff,

v.

JOHN CHIANG, in his individual capacity, JOHN BROWNFIELD, in his individual capacity, MATTHEW MIRANDA, in his individual capacity, and DOES 1–XX,

    Defendants.

                                                   /

No. C 08-03134 WHA

**JUDGMENT**

    For the reasons stated in the accompanying order denying plaintiff's motion to oppose defendants' motion to dismiss plaintiff's amended complaint, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of defendants and against plaintiff. The Clerk **SHALL CLOSE THE FILE**.

    **IT IS SO ORDERED.**

Dated: February 20, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE