IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST WRIGHT,<br><br>    Plaintiff,<br><br>  v.<br><br>JOHN CHIANG, in his individual capacity,<br>JOHN BROWNFIELD, in his individual<br>capacity, MATTHEW MIRANDA, in his<br>individual capacity, and DOES 1–XX,<br><br>    Defendants.<br>                                         / | No. C 08-03134 WHA<br><br>**ORDER DENYING PLAINTIFF'S<br>MOTION TO SET ASIDE ORDER<br>GRANTING MOTION TO<br>DISMISS AS UNOPPOSED** |

        Plaintiff has filed a motion to set aside the order granting defendants' motion to dismiss as unopposed. Defendants filed their motion to dismiss in December 2008. An order dated January 13, 2009, granted the motion as unopposed, noting that plaintiff failed to respond to the motion despite warnings regarding prior missed deadlines and that failure to respond may result in dismissal. With consideration to the lenity to be afforded to *pro se* litigants, however, the January 13 order delayed the entry of judgment for ten days and gave plaintiff another opportunity to show cause why judgment should not be entered.

        Within that ten-day period, plaintiff filed a brief in opposition to the motion to dismiss entitled "motion and notice of motion to oppose defendants' motion to dismiss plaintiff's amended complaint." The filing set forth plaintiff's merits arguments in opposition to the motion to dismiss. The Court interpreted the filing as a motion to reconsider the January 13 order of dismissal. An order dated February 20, 2009, fully considered plaintiff's arguments in opposition to the motion to dismiss and, based on the merits of the motion to dismiss and

plaintiff's arguments in opposition thereto, denied to reconsider the dismissal. Judgment was entered.

In plaintiff's new filing, plaintiff asserts grounds for excusable neglect, inadvertence, mistake and surprise for plaintiff's failure timely to oppose the motion to dismiss, and on that basis plaintiff seeks reconsideration of the order granting the motion to dismiss as unopposed. Subsequent to the order granting the motion to dismiss as unopposed, however, plaintiff *did* file a brief in opposition to the motion to dismiss and the February 20 order fully considered the merits of plaintiff's arguments. In other words, the Court has already reconsidered the dismissal, and judgment was entered not because the motion to dismiss was unopposed but instead based on the merits of the motion to dismiss and plaintiff's arguments in opposition. Plaintiff's motion to reconsider the earlier order granting motion to dismiss as unopposed is therefore **DENIED AS MOOT**.

**IT IS SO ORDERED.**

Dated: March 19, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2